UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 21-9987-MWF(AGRx)**                    Dated: **May 18, 2022**

Title:    Cathy Choe -v- BMW of North America, LLC, et al.

---

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                              None Present

PROCEEDINGS (IN CHAMBERS) COURT ORDER

    In light of the Notice of Settlement [18] filed May 11, 2022, the Court sets a hearing on Order To Show Cause Re Dismissal for July 25, 2022 at 11:30 a.m.  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  All other hearings and deadlines are hereby vacated.

    IT IS SO ORDERED.

MINUTES FORM 90                                              Initials of Deputy Clerk   rs
CIVIL - GEN