JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHY CHOE, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BMW OF NORTH AMERICA, LLC, a California Corporation; and DOES 1 - 50, inclusive,<br><br>　　　　Defendants. | Case No. 2:21-cv-09987-MWF-AGR<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

-1-

ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to the parties' Stipulation and for good cause shown, this matter is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: June 22, 2022

*[signature]*

MICHAEL W. FITZGERALD
United States District Judge